**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 14-MJ-00273** |
| | : | |
| **TILDEN ANDREW ALSTON,** | : | **VIOLATION:** 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |
| Defendant. | : | |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about February 3, 2014, within the District of Columbia, **TILDEN ANDREW ALSTON**, did take from the person or presence of another, money, that is approximately $80 belonging to and in the care, custody, control, management, and possession of TD Bank, located at 901 Seventh Street, N.W., Washington, D.C., the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

(**Bank Robbery,** in violation of Title 18, United States Code, Section 2113(a))

                                                  Respectfully submitted,

                                                  RONALD C. MACHEN JR.
                                                  United States Attorney
                                                  D.C. Bar No. 447889

By:    _____
           DAVID B. KENT
           Assistant United States Attorney
           D.C. Bar No. 482850
           Violent Crime and Narcotics Trafficking
           555 4th Street, NW, Suite 4116
           Washington, D.C. 20530
           (202) 252-7763